E-FILED
Friday, 26 January, 2018  10:44:54 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

Joshua Hoskins )
)
Plaintiff )
)
)
vs. )
)
B. Collier, D. Hedrick, A. Tilden )
K. Wheeler, G. Pierre, C. Hansen )
MR. Evans, J. Attig, M. Melvin )
D. Jackson, J. Olson, T. Kennedy )
S. Prentice, K. Davidson, E. Ruskin )
J. Culkin, MR. Forbes, MR. Kochel )
T.K. Jellesvik, B. Schmeltz, R. OJ44Ade )
MR. Sorensen, MR. Cox )
)
Defendant(s) )

Case No. _____
*(The case number will be assigned by the clerk)*

SCANNED at PCC, and E-Mailed
01.25.18 (date) by *HP* (initials)
39 (# of pages)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a
separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se
prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought
under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal
defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners'
legal claims arise from other federal laws. Your particular claim may be based on different or additional
sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

_____

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to
use this form or to answer all the questions on this form in order to file a complaint. This is not
the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: *Joshua Hoskins*

Prison Identification Number: *R54570*

Current address: *Pontiac Correction Center*
*P.O. box 99 Pontiac Il 61764*

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: *B. Collier*

Current Job Title: *Correctional officer*

Current Work Address *Pontiac Correction Center*
*P.O. box 99 Pontiac Il 61764*

Defendant #2:

Full Name: *Traci K Jellesvik (T. K Jellesvik)*

Current Job Title: *Registered nurse (RN)*

Current Work Address *Pontiac Correction Center*
*P.O. box 99 Pontiac Il 61764*

Defendant #3:

Full Name: *G. Pierce (Guy Pierce)*

Current Job Title: *Correctional officer/intelligence unit officer*

2

Current Work Address _Ponhac Correctional center_

_P.o. box99 ponhac Il 61764_

Defendant #4:

Full Name: _Denver Hedrick_

Current Job Title: _Correctionm Officer/Intelligence unit Officer_

Current Work Address _pontiac Correctionm center_

_p.o. box 94 pontiac Il 61764_

Defendant #5:

Full Name: _Jim B. Attig (J.Attig)_

Current Job Title: _Correctionm Officer/interim affairs Officer_

Current Work Address _pontiac correctionm center_

_p.o. box 94 pontiac Il 61764_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐        No  ☑

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☑        No  ☐

C.  If your answer to B is yes, how many? _23_   Describe the lawsuit(s) below.

3

Defendant #6
full name: J. Drilling Culkin
current Job title: registered nurse (RN)
current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #7
full name: J. Kjelevik
current Job title: registered nurse (RN)
~~current work address: pontiac correctional center p.o. box 99 pontiac Il 61764~~

Defendant #8
full name: R. Ojelade
current Job title: physician assistant
current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #9
full name: D. Hedrick
current Job title: correctional officer
current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #10
full name: G. Pierce
~~current Job title: correctional officer~~
~~current work address: pontiac correctional center p.o. box 99 pontiac Il 61764~~

Defendant #11
full name: F. Attig
current Job title: correctional officer
current work address: pontiac correctional center, p.o. box 99 pontiac Il 61764

Defendant #9B
full name: J. Olson (J. Olson)
current Job title: correctional officer / Internal affairs officer
current work address: pontiac correctional center, p.o. box 99 pontiac Il 61764

Defendant #9A
full name: K. Davidson
current Job title: chief investigator for the Internal affairs & intelligence unit
current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #10
full name: MR. Forbes
current Job title: lieutenant for the Internal affairs & intelligence unit/chief investigator
current work address: pontiac correctional center, p.o. box 99, pontiac Il 61764

Defendant #10
full name: B. Schmeltz
current Job title: correctional officer
current work address: pontiac correctional center P.o. box 99, pontiac Il 61764

Defendant #12
full name: MR. Sorensen
current Job title: lieutenant
current work address: pontiac correctional center, p.o. box 99, pontiac Il 61764

Defendant #13
full name: A. Tilden
current Job title: medical director (M.D.)
current work address: pontiac correctional center, p.o. box 99 pontiac Il 61764

Defendant #14
full name: C. Hansen
current Job title: nurse practitioner
current work address: pontiac correctional center p.o. box 99 pontiac Il 61764

Defendant #15
  full name: M. Melvin
  Current Job Title: Warden
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #16 (16)
  full name: T. Kennedy
  Current Job Title: Assistant Warden
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #27 (17)
  full name: Emily Ruskin
  Current Job Title: Assistant Warden
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #18
  full name: Mr. Kochel
  Current Job Title: Officer/Internal affairs & Intelligence unit's Officer
  Current Work Address: pontiac correctional center, p.o. box 99 pontiac IL 61764

Defendant #19
  full name: Mr. Cox (Mr. Cox)
  Current Job Title: Correctional Internal Officer
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

Defendant #20
  full name: K. Wheeler
  Current Job Title: Officer
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac
  IL 61764

Defendant #21
  full name: D. Jackson
  Current Job Title: Officer
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac
  IL 61764

Defendant #22
  full name: S. Prentice
  Current Job Title: Major
  Current Work Address: pontiac correctional center, p.o. box 99, pontiac IL 61764

1. Name of Case, Court and Docket Number ___1:09-CV-5145___

2. Basic claim made ___Failure to Protect___

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ___the case settled out___

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

　　Yes ☐  No ☑

If your answer is no, explain why not the defendants in this case and others staffs told me that I was restricted from utilizing the grievance system to address staffs conduct at pontiac and several pontiac (I.D.O.C.) counselors told me that if I was to file a grievance due to staff conduct as stated in this complaint my grievance would not have been addressed

C. Is the grievance process completed?  Yes ☐  No ☑ See response to Question B. Also in support of my response I brought the issues stated in this complaint to counselors Mc. Alvarado who address grievances please see paragraph #6 in this complaint, and complained to counselor D. Moreno please see what he stated in paragraph #10 thats stated in the complaint. When I had interactions in person with counselors Alvarado, Moreno, Horton and Demattha on the ground or the pontiac (I.D.O.C.) I at all times asked them did they receive my grievances that I attempted to send them regarding the issues stated in this complaint they at all times told me no they didn't. When I asked that they (those counselors) made mention of my concerns in their counseling summary reports they at all times told me no giving miscellaneous reasons. (miscellaneous reasons was at all times given)

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Pontiac Correctional Center___

4

1. NAME of case and Docket number: Hoskins v. Daet et al. 1:09 cv-5730

2. Basic claim made: Excessive force

3. Disposition: the case settled out

1. NAME Of CASE and Docketnumber: Hoskins v. DARt et al.
1:09-cv-5915

2. BASIC claim made: denial of medical treatment & medication

3. Disposition: the case settled out

1. HOSKINS v. DARTe+al. 1:10-cv-0674

2. BASic claim made: the case was dismissed

3. Disposition: the case was dismissed

1. Hoskins v. Dart et al. 1:10-cv-677

2. Basic claim made: the case was dismissed

3. Disposition: the case was dismissed

1. Hoskins v. DART et al. 1:10-cv-0702

2. Basic claim made: The case was dismissed

3. Disposition: the case was dismissed

1. Hoskins v. DART et al. 1:10-cv-0703

2. BASIc ClAim mAde: the CAse was dismissed

3. Disposition: the case was dismissed

1. Hoskins v. DARt et al. 1:10-cv-704

2. BASic claim made: the case was dismissed

3. Disposition: the case was dismissed

In Hoskins v. Dart et al. 1:10-cv-705

2. BASIc claim made: the case was dismissed

3. Disposition: the case was dismissed

1, Hoskins v Dart et al. 1:10-cv-706

2, Basic claim made: the case was dismissed

3, Disposition: the case was dismissed

1. Hoskins v. DAC et al. 1:12-cv-4256

2. Basic claim made: the case was dismissed

3. Disposition: the case was dismissed

1. Hoskins v. prentice et al. 1:15-cv-1134

2. BASIc clAim mAde: Inhumane conditions of confinement &
Retaliation

3. DIsposition:

1. Hoskins v. pfister et al. 1:15-cv-1181

2. Basic claim made: failure to protect and retaliation

3. Disposition: The jury found in plaintiff favor on
the failure to protect claim against 1 Defendant that
concluded the trial in the favor of plaintiff

1. Hoskins v. McCormick et al. 1:15-cv-1182

2. Basic claim made: denial of medication and mental health treatment

3. Disposition: Case was dismissed

1. HOSKINS v. Atti g et al. 1:15-cv-1202

2. BASIC CLAIM MADE: Inhumane conditions of confinement and Retaliation

3. Disposition:

1. Hoskins v. prentice et al. 1:15-cv-1248

2. BASIC CLAIM MADE: Inhumane conditions of confinement and Retaliation

3. Disposition: case was dismissed

1. Hoskins v. Hilden et al. 1:15-cv-1249

2. Basic claim made: denial of medical treatment and retaliation

3. Disposition: the case was dismissed.

1. Hoskins v. Dilday et al. 1:16-CV-00334

2. Basic claim made: Retaliation, failure to protect etc. Other claims

3. Disposition:

1. HOSKINS V. DILDAY et al. 1:16-CV-00335

2. BASIC CLAIM MADE: See consolidated case HOSKINS V. DILDAY et al. 16-CV-00334

3. DISPOSITION: See consolidated case HOSKINS V. DILDAY et al. 16-CV-00334

1. Hoskins v spiller et al. 1:16-cv-01232

2. Basic Claim Maeder Retaliation, Excessive force
   additional other Claims

3. Disposition:

1. Hoskins v. spiller et al. 3:17-CV-01121

2. Basic claim made: Retaliation and other claims

3. Disposition: SAM pending

Hoskins v. Edwards et al. 3:17-cv-01122

2. Basic claim made:

3. Disposition: the case still pending

1. Hoskins v. unknown party 1:18-cv-00221
B:18-cv-00005

2. Basic Claim made:

3. Disposition: the case is still pending

Date(s) of the occurrence  August 27th 2017 - ~~September~~ January 8th 2018

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

C. lefler

(i) On 8-27-17 during the evening in the north cell house c/o's B. collier, lefler and another male white unknown name officer came to my cell N 820 these three officers heard me having a heated verbal altercation with inmates who was housed in cells 821 & 822 I was then threaten by these inmates of being squirted with feces & urine when I came out of my cell C/o B. collier stated OH YEAH BABY thats what I want to see happen to him c/o MR. lefler (c. lefler) stated we cant let him (Hoskins) out of the cell before we searched these two guys cells to secure whatever they are gonna use to squirt him with feces & urine thats protocol we know who they are they threatened him while we standing lets search their cells before we handcuff hoskins and search his cell Just so they wouldnt squirt him Just so we wont get held in responsible for his attack c/o collier stated fuck him let him come out the cell and get sprushed with shit and piss (feces) (urine) it aint gonna fall back on us as long as we dont send him to the health care unit after he get squirted and as long as it aint no reports written due to him being hit with feces & urine were good I dont like Hoskins and I want him to get hit with feces & urine since he always sending kites to the internal affairs & Intelligence unit tellin them how we mistreat him and due to him threatened to kill that lieutenant at stateville we gonna give him something to tell about once I was handcuffed & shackled by c/o's (correctionn officers) lefler, collier and a male white kind of light weight c/o ('correctionn officer) I was removed out of my cell and placed in the vicinity directly infront of cells N821 & N822 c/o collier stated Now which ever one of youll threaten to throw shit (feces) & piss (urine) on him get his ass there

it should be noted that during the morning on 1-8-18 while being on the walk officer cox acknowledged knowing about me being hit with body fluids and knew that the body fluids had caused a bad impact on my health received all my kites directed to their I.A & Intel about the issue but didn't care

he go c/o's lefler & collier entered my cell (N820) searched it while I stood outside of my cell with the unknown name male while officer monitoring me a unknown name inmate and inmate in both cells (N821 & N822) begined searching & spraying me about the face and neck area with a liquid substance that smelled, had fumes of feces & urine in it that stained into my jumpsuit got into my mouth that caused my tongue to burn sting hurt entire mouth face and neck to do the same that caused my gums to have bumps that looked like blisters to occur gums to get swollen face to get red and swollen as well. once c/o's collier & lefler was finished searching my cell c/o lefler and the unknown name c/o (male white) and collier escorted me to the legal review area that was across from the 5 gallery flag so that I could have entered my legal boxes c/o lefler stated you better hope you dont catch a desease because you could that shit got all on your face neck and jumpsuit when I went back to my cell later c.mit (correctional medical technician) Rebecca Buczkowski came to my cell I immediately reported to her what had occured she stated that she had to immediately get me seen at the urgent care area in the health care unit (H.C.U) for medical care to be provided to me. and was gonna leave notes for other medical staffs to follow up on me. nothing happend for me on that date. (2) On August 28th 2017 during the morning, in the northcell house when c/o D. Jackson came in the vicinity of my cell (N820) on the gallery I was housed on period on that date and on other multiple occassions after that date he immediately stated that due to him being told that I filed grievances on his box officer Attig years ago and a lawsuit on him (Attig) he was not allowing me to receive medical treatment to see if what officer collier had allowed to happen to me (assaulted with feces, urine and a unknown liquid substance) had caused a bad impact on my health. during the 3 toll shift in the northern house (NCH) c/o B.collier had eight gallery where I was housed at he stated he already made his term officers Olson, Attig, Pierce, Hedrix, Schmeltz, lieutenant forbes and chief investigator Kelly Davidson know what had took place and they told him they saluted him and wasnt gonna issue discipline against him for his conduct towards me thus stated in paragraph number #1 that they told him to make sure that I didnt get no type of medical treatment and they was gonna assist him with that C/O K. wheeler

it should be noted that Defendants Davidson, forbes, cox, Kuchel, Olson, Attig, Pierce and Hedrick stated they knew my 8/27/17 attack was gonna occur before it did because when they collected the NCH 8 gallery mail boxes they received all my kites directed to them about my neighbor threats to me of assaulting me with feces when ever I came past his cells and the reason why they didnt have us moved away from each other was so I could been assaulted with feces since I grieved them and staffs from their unit years prior and they could have moved us away from eachother that stated this when I saw each of them

it should be noted that officer Cox told me on 1-8-18 that they was distroying all my sick call slips that I was directing to the health care unit to seek medical treatment. Just so I wouldn't get my health issues secured. Knew that was one way I could have got my health issues secured by medical staff.

came to cell with c.m.t. Rebecca Buczkowski she stated so did you go get checked out by medical yet to see how bad those feces & urine affected you. I stated no I did not get medical treatment because staff stated I was not getting medical treatment. she (Buczkowski) stated security can't deny you medical treatment nor tell medical staffs not to provide you with medical treatment. she told c/o wheeler to take me to the health care unit c/o wheeler didn't respond. nothing happend for me. (3.) On 8-29-17 during the morning in the north cell house, and again on 9-21-17 during the morning in the north cell house lieutenant Evans stated that c/o collier told him and others that he (collier) had let a inmate throw shit (feces) & piss (urine) in my face and didn't send me to the health care unit. lieutenant Evans told me on those two dates and on numerous of other occasions that he distroyed all my kites that I sent to him that described my health issues as a result of being hit in my face with feces told me that he ordered with the assistance of other staffs that non of his north cell house staff was to send me to the health care unit for treatment since I was accused of allegelly threatening to kill another lieutenant at stateville. and his partner lieutenant forbes from I.A. (internal affairs) told him (Evans) that he didn't have to worry about getting disciplined for not reporting c/o collier conduct and denying me medical treatment which lieutenant forbes & officer schmertz had confirmed by stating what they told lieutenant Evans when they (forbes & schmertz) looked up at my cell (North cell house cell 820) on 10-6-17 during the morning while they was conducting a taction team shakedown. Nurse Jade Drilling cvitch came to my cell on that date (8-29-17) during the morning in the north cell house/(NCH) and looked up at my cell (N820) on 9-11-17 during the 3toll shift in the North cell house (NCH) as she walked down six (6) gallery on both occasions she stated that her and RN (registered nurse) Traci Kcellesvik knew that c/o collier had allowed a inmate to throw feces & urine in my face knew that due to conversations they had with him other staffs and from seeing all the notes that c.m.t. Buczkowski had left for them to provide me with urgent care she stated she distroyed all the post notes and wasn't providing me with medical care that she knew for a fact needed due to what I was assaulted with and was Denying me treatment (medical care) due to

7

it should be noted during the interactions that I had with Defendants Sorensen, Evans, prentice, melvin, Ruskin and kennedy they told me they knew my neighbor was gonna attack me on 8/29/17 because they received my kites that I sent to them asking to be moved away from my neighbor and didnt move me Just so I could have been hit with feces (Body fluids) due to grievances that I written on officer Attig years ago which he told them and due to grievances and written complaints I sent to the A.R.B. About kennedy, melvin, Ruskin, attig and prentice years prior

(It should be noted that officer cox gave retaliatory reasons of why they prevented me from getting my health issues secured stating that it was due to grievances that officer Attig told them that I had written on him (Attig) long prior and they at all times collected NCH & galley mail / sick call slips as well.)

Officers Attig, olson, Major prentice tellin them that I had filed grievances and lawsuits against them and due to officer pierce tellin her that he (pierce) needed her to treat me like shit since I sued his father Guy D. pierce who was a former warden at pontiac (I.P.O.C.) who she was cool with and due to that I was screwed on getting medical care that she hope that I caught (cought) hepatitis c. She had stated the samething on numerous of other dates (occasions). (4.) On 8-31-17 during the morning in the north cellhouse Major prentice looked up at my cell and came to my cell on dates forward during the morning in the north cell house She stated to me on this date and on other occassions that she knew her officer collier allowed me to get attacked with feces & urine and knew that there was two other officers present who didnt report officer collier conduct nor the inmates who squirted me with the body fluids conduct and she told them that she wasnt gonna write them up recommending discipline against her staffs nor reassigning them to other locations away from inmates since they proved to her that inmates wasnt protected by and around them She stated because they did her a favor and she wasnt allowing me to be seen by medical staffs to see if the body fluids (feces & urine) that I was hit with affected my health all because I filed lawsuits against her (prentice) officers Attig & olson, during the 3 toll shift on that date (8-31-17) in the north cellhouse (NCH) short height female white nurse wore glasses had blond hair came to my cell with c/o collier on that date (8-31-17) and she came again on 9-12-17 during (megan) that same shift she observed the conditions of my neck & face and told me Lt. M.A. Buczkowski and other nurses & medical staffs had left notes for them to give me medical treatment and (megan) She stated the way my upper body face, neck area was lookin it didnt look like treatment (megan) was provided she told c/o collier on 8-31-17 to bring me to the urgent care so that she (megan) could have provided me with medical treatment nothing happend for me on either dates. earlier during the 7 to 3 shift in the north cell house lieutenant mr. sorensen (came) came in the vicinity of my cell told me on that date (8-31-17) and days forward that c/o lefler and him had a report off the record that he knew officer collier allowed inmates to attack me with feces & urine that he told all staffs not to report officer collier conduct just to prevent discipline from being brought against c/o collier he stated that

B.

(it should be noted during the interactions I had with officer K. wheeler he stated he knew that I was gonna be attacked with feces on 8/27/17 because he intercepted a kite I sent to counselor Alvarado tellin her about my threats of being squirted with feces that was made by my neighbor didnt move me away from my neighbor due to a lawsuit and grievances I written on him, Lt. Bell and prentice years ago)

it should be noted that on the 1:18-cv-01023-JES-JEH #1 Page 33 of 39, officer MR.Kochel while beihg in the east-complex building during the morning and again on 12-19-17 during the morning in the east-cell house during a warden tour he stated on both occassions that he was aware of officer collier conduct in its entirety as stated in this complaint alongwith every other staffs conduct conduct of denying me medical treatment after my attack stated in paragraph#1 he stated there Intel/Intel units was intercepting alot of my sick call slips destroying them that seeked medical treatment just to prevent me from getting medical treatment and for me to suffer since I had sued his partner Atty Kerrs prior. he knew I needed median care. As all times cod have ass sted me but didnt

they all had made sure that my cell water was turned off and made sure that I didnt get showers so that I wouldnt been able to clean the areas on my body that I was hit with feces & urine at and directed all his 7to3 shift staffs to not allow me to get medical treatment with the assistance of chief investigator Davidson, lieutenant Forbes, officers Attig, Olson, pierce, schmeltz, Hedrick and others since I had sued. Officers Attig, Olson, schmeltz and major prentice and for allegedly threatening to kill a lieutenant at stateville. (5.) during the 7to3 shift in the north cell house on 9-4-17 Hispanic male lieutenant MR.Bautista came to my cell (N820) stated that he had reviewed post notes from nurse ms. megan & c.m.t. Buczkowski to send me to the health care unit he knew what happend to me but wasnt gonna snitch on his staffs collier & lefler who was supposed to had searched the offenders cells who they knew who made threats of throwing feces & urine on me before letting me out of my cell to prevent me from being hit with both (feces & urine) he stated he was gonna have me sent to the health care unit for treatment he knew that I needed. nothing happend for me. during the 3to11 shift in the north cell house on that date (9-4-17) and on that shift and in that cell house on 9-6-17 and more other dates c/o k. wheeler came to my cell and stated you see I do what the fuck I want to do an those times median staffs Buczkowski and others was tellin us to bring you to the health care unit for median treatment you see we aint do it. I hope you caught (caught) a serious desease from being hit in the face with shit (feces) & piss (urine) I aint helping you get no median treatment since you filed gelevances and a lawsuit on me. drop your lawsuit against me then I'll take you to get median care when I get notice from the Attorney generals office (6.) on September 8th 2017 in the morning in the north cellhouse (NcH) correctional counselor (c.c.III) Hispanic female ms. Alvarado came to my cell (N820) and looked up at my cell

9
8

It should be noted that Warden Buckman Perez, during her place on 9-27 in the east-cell house during a warden tour she stated that right after her officer Collier allowed me to get squirted with the body fluids she had told officer collier and other staffs that I liked to gelove and the lawsuits against staffs for him (collier) to madesure that I didn't recive medical treatment becuse if I did he would have had a issue on his hand she stated she received all of my complaints and request that I had directed to her right after my attack seeking her assistance to get me medical care but at all times disregarded them

during the morning in the north cell house on 9-27-17 she stated on both dates that staffs who she knew in the north cell house (NCH) told her about officer collier conduct stated in paragraph#1 but she wasnt gonna report it on nor off the record nor report in her counseling reports that I needed medical treatment and had any issues its crooked ways they did shit and she was gonna get me sent to the health care unit to get medical treatment, nothing happend for me on either dates (7.) on 9-10-17 in the north cell house c.m.h Ms. Buczkowski came to my cell I told her that I still didnt get medical treatment she stated looking at your face I could tell I will have to contact I.A ( Internal affairs) & Intel ( Intelligence unit) about whats going on because these staffs would get in trouble Just relax. Hoskins we gonna work something out (8.) On 9-14-17 during the morning in the north cellhouse while being in a room with officers Hedrick & Pierce who was conducting a unrelated investigation about a unrelated incident. Officers Hedrick & Pierce immediately stated after each other that they had told officer collier what collier stated that they stated as stated in paragraph#2 and also stated that they told lieutenant Mr. Sorensen what he stated to me what they stated as stated in paragraph#4. Officer Mr. Pierce stated that he told RN ( Registered nurse) Jade Driiling evilkin what she told me (Hoskins) what officer pierce told her (evilkn) as stated in paragraph#3. Officers Hedrick & Pierce stated that they knew that officer collier allowed some inmates to throw some body fluids on me on the date of (8-27-17). Knew that c/o lepler and another officer was present officers Hedrick & Pierce stated that they (Hedrick & Pierce) alongwith lieutenant Forbes, Kelly Davidson (Chief Investigator) officers A.H g. olson & schmeltz all had a off the record meeting about me that they was the ones who corrected the northcellhouse (NCH) even side mail and they recieved all my complaints about collier conduct and everything that I directed to the health care unit

It should be noted that warden requested during page 35 of 39 warden tour in the east cell house that she at all times disregarded my request for her to assist me with getting medical care because she wanted me to have health issues that affected me daily and didn't provide nor assisted me in getting medical care since I had sent written complaints to the A.R.B. about their conduct years prior, due to grievances I filed against MAJOR prentice, T. Kennedy (former counselor) and other staffs Kites below.

(H.C.U) sick call slips that stated that on 8-27-17 I was hit in the face with feces & urine and was in need of medical treatment they (Hedrick & pierce) stated that they disregarded all of my complaints about collier and my sick call slips just to prevent me from getting medical treatment to secure any health issues that I might had as a result of getting hit in my face with the body fluids. Officer pierce stated he was not disciplining the staffs that was involved nor was he allowing me to get medical treatment since I had filed a lawsuit against his father Guy P. pierce who was a former pontiac WARDEN. Officer Hedrick had stated his reasons of not allowing me to get medical treatment nor disciplining the staffs that caused my attack was due to grievances I filed against his co-worker officer Attig, MAJOR prentice and due to lawsuits that I filed against them (Attig & prentice) as well. while being in the holding area in the north cell house waiting to be enroute to the east complex building by officer MR. pierce physician assistant (blistered) MR. R.O Jelade observed me and stated fuck your face and neck all blistered up red and shit I guest that came from when officer collier allowed you to get hit in your face with feces & urine I (O Jelade) know all about that you could stop complaining to my nurses and giving them kites to give to me I told them with the help of RN's Jade & traci that no staffs was to provide you with medical care I pray you have hepatitis e from getting hit in your face with shit (feces) & piss (urine) it's been noted by me RN's Jade & traci for no staffs in our health care unit to provide you with medical treatment. while sitting on the bench outside the interm affairs & intelligence unit. officers Attig, olson, schmeltz and chief investigator Kelly DAvidson observed me each of them along with officers pierce & Hedrick on this date confirmed by stating that they told lievtenant sorensen what he told me that they had stated as stated in paragraph #4. chief investigator Kelly DAvidson, officers Attig, olson and schmeltz confirmed by stating that they told officer collier what he told me they stated as

11

If should also be noted that on the dates of 11-4-17 and 9 during the interactions that I had with officer Kochel he also stated that another reason why they madesure that I didnt receive medical care right after officer Collier allowed me to get assaulted with the body fluids was because him (Kochel) being a investigator knew my medical care and records could have been used against officer Collier if I grieved or sued officer collier like I sued his partners officers olson and Attig.

In paragraph#2. Officer Attig. Olson, and Schmeltz each had stated that they had been made aware that officer Collier had allowed a inmates to hit me in my face with body fluids they stated they knew I didnt get health care unit (H.C.U.) medical treatment the night my attack occured knew that I needed medical care from looking at the conditions of my neck & face due to all the sick call slips that I attempted to send to the health care unit attempting to get treatment that they distroyed (sick call slips) to prevent me from getting medical treatment they stated that their conduct towards me was due to lawsuits I filed againts them and grievances that I wrote againts the internal affaires & Intel (Intelligence unit) years ago. Chief investigator Ms. Kelly Davidson also stated to me on that date (9-14-17) during the morning while being in the internal affairs & intelligence unit areas that her (Davidson) major prentice, lieutenants forbes, Sorensen, Evans, Collier (officer Collier) officers Attig, Olson, schmeltz, pierce and other staffs had come to the conclusion that letting me get abused by staffs & inmates would have teached me not to piss off prison staffs by writing grievances on staffs, filing lawsuits on prison staffs, threatening and harming staffs and allowing me to be mistreated by staffs and harmed by inmates would have caused me to stop doing an of that. She (Davidson) madesure that I dkint get medical treatment after I was hit in my face with body fluids on 8-27-17 to punish me and so I didnt have proof of being assaulted by a inmate due to staffs conduct because If she had allowed me to get medical treatment and my statements to medical staffs that staffs allowed a inmate (inmates) to threw feces & urine on me was documented and reported alongwith my injuries and she didnt discipline the staffs involved when there was evidence of a attack. that would have fell back on her and she could have gotten in trouble for not investigating & disciplining the staffs who allowed inmates to attack me with body fluids and she wouldnt been able to get around it because it was her dutie to investigate information reported by staffs & inmates, recommend & issue discipline to both when there is evidence that staffs & inmates conduct occured as reported and it wouldnt made no sense for her to had allowed c/o collier and the other staffs to give their conduct thats stated in the above paragraphs then allowed me to get medical treatment & allowed me to get medical treatment but didnt discipline officer collier and the other staffs she (Davidson) stated that she was a very dirty, crucial, slick chief/investigator her and her crew (internal affairs & intelligence)

(9.) On 9-24-17 and 9-28-17 during the morning in the north cellhouse Registered nurse traci KJellesvik came to my cell (N820) stated to me on both dates and on other occassions that she knew that I was in need of medical treatment after officer collier had allowed me to get hit in my face with feces, urine and other fluids and knew about the incident stated in paragraph#1 from conversations she held with Chief investigator Kelly Davidson, lieutenant forbes, wardens melvin, kennedy, Ruskin officers. Attig, olson, Hedrick, pierce and schmeltz and from her following all the post notes that nurse megan, c.m.t. Buczkowski and other medical staffs had posted in their urgent care Room stating that it was urgent for me to receive medical care Registered nurse traci KJellesvik stated that she had at all times had told all medical staffs that I had filed a lawsuit against their medical Director A tilden, their physician Assistant R.OJelade and allegely had threaten to kill a lieutenant scott at stateville correctional center (I.Doc) and due to those persons and other retaliatory reasons that she had give she stated she had told all medical staffs not to had provided me with medical care. Registered nurse(RN) traci KJellesvik stated that she had been made aware of my Health issues when my attack (see paragraph#1) had occured but she had careless and noted that no medical staffs in their health care unit was to provide me with medical treatment (10.) on 9-29-17 during the morning in the north cell house (NCH) correctional counselor (C.CIII). Dimoroney came to my cell (N820) he immediately stated dont waiste your time writing a grievance on officer collier and them (other staffs) because we're going to trash them (grievances) I heard what happend to you on 8-27-17 (see paragraph#1) I never liked you I know what to put in my counseling summary reports to make it look like you had no issues and to make it look like I (moroney) wasnt unprofessional to you like me (moroney) counselors Alvardo, Demattia, Horton and weaver was doing when you brought complaints about your conditions of confinement in it's entirety to them. (11.) on 10-6-17 during the morning in the north cell house lieutenant mr. forbes (forbes) looked up at my cell (N820) confirmed by stating what he had told officer B. collier that officer collier had stated lieutenant forbes had stated as stated in paragraph#2 and confirmed by stating what lieutenant Evans stated he (forbes) had stated as stated in paragraph#3 he stated he at all times made sure that I didn't get medical treatment after officer collier had let me get hit in my face with body fluids on 8-27-17 (see paragraph#1) from the time my attack first occured and was at that time was still making sure that I didn't get no medical treatment since I had filed grievances and lawsuits against his officers olsen & Attig years ago. (12.) on 11-10-17 and 11-14-17 during the morning while being in the health care unit for unrelated health issues I had interactions with DR. A tilden (medical Director) and one interaction with nurse practitioner Ms. c. Hansen during that morning on 11-14-17 while being in the health care unit and also had a interaction with warden m. melvin on 11-10-17 during the morning while being in the health care unit holding area during the interactions I had with DR. A tilden (medical Director) he acknowledged knowing about my attack stated in paragraph#1 in it's entirety and the health issues that I sustained stated that he had received my sick call slips that detailed my health issues that I sustained as a result of my attack (pus filled blisters, blisters that looked like herpes had sustained as a result of my attack (pus filled blisters, burns stings and itches) he stated he knew I had Ring worms swellings Rednesses purplish spots, burns stings and itches) he stated he knew I had

-13-

it should be noted that on 12-13-17 during our Page 38 of 39 cell house during the morning officer Kochel and warden Ruskin both stated that they made sure all of my grievances due to collier conduct types disposed of against officer collier and didn't get me secured by medical staffs so that I could have suffered for so long and suffered similar staffs
all those symptoms during the time of my attack (see paragraph #1) and after my attack
he stated that he had disregarded my health issues stated throughout all my sick call slips
that I had sent to him didn't provide me with medical treatment to secure my health issues
due to written complaints and grievances that I had sent to the Administrative review board
about him/cas prior knowing him in a lawsuit and for other retaliatory reasons, during the interaction
I had with nurse practitioner C. Hansen she admitted that she received information right after
my attack (see paragraph #1) knew that I had sustained pus filled blisters, blisters that looked like
herpes, ringworms, swellings, rednesses, purplish spots was all in my face alongwith burns, stings and itches
from the information that I stated in my sick call slips that I had directed to her on the date
and after my attack and what she was told by all nurses who was coming to my cell she stated that
the only reason why she at all times had refused to provide me with medical treatment was due
to my threats of grieving her medical staffs and co-workers and if I wouldn't have never did that
she would have provided me with medical treatment to secure my health issues because she was obligated
to do so she had further stated that as she had discussed with physician assistant O. Jelade and D.R.A.
Hilden recently as long as they documented in my medical records that they provided me with medical
treatment for unrelated issues and didn't document my complaints about health issues regarding my
8-27-17 attack (see paragraph #1) if I was to grieve or sue them they could use those medical records
and they would have survived in and out of court during the interaction that I had with warden
in melvin he stated that he spoke with officer collier in late August 2017 knew that he (collier) allowed
me to get hit with feces (see paragraph #1) told him to had madesure that I didn't get no medical treatment
so I wouldn't had no evidence against him/collier if I had sued or grieved him warden melvin stated that he
had told all of his north cell house staffs not to escort me to the urgent care to get my health issues he
knew about from review of my kites that I had sent to him and from common sense to know being hit in the
face with feces could have caused a risk to my health, secured told all his staffs to not had assisted me
with getting my health issues secured he stated he had been meaning to tell me that for months and his
conduct told ARds me was due to me allegedly threaten to kill a Statsville Lieutenant and for other retaliatory
reasons (13) on 11-15-17 during the morning in the north cell house assistant warden T. kennedy toured six gallery
she jelled up to my cell stated she knew that I was attacked on 8-27-17 due to her officer collier conduct
knew from my kites that I had sent to her on the date and after my attack told her about my health issues she
stated since I had grieved her years ago and for complaints to the AR.B about her years ago she disregarded all of my kites
and told all of her north cell house staffs I was not allowed to get medical treatment or shit

RELIEF REQUESTED

(State what relief you want from the court.)

I wish to be rewarded monetary compensation in the amount of $28,000. in compensatory damages and $18,000. in punitive damages from each defendant each damages would cover for my medical conditions stated in the complaint and for my ongoing daily mental health issues I'm requesting that each defendant be held liable in their individual and official capacities and to be ordered to pay all court cost and attorney fees in this case.

JURY DEMAND       Yes ☑       No ☐

Signed this _19th_ day of _January_, 20_18_.

_Joshua Hoskins_
( Signature of Plaintiff)

| Name of Plaintiff: Joshua Hoskins | Inmate Identification Number: R54570 |
|---|---|
| Address: Pontiac Correctional Center P.O. box 99 Pontiac IL 61764 | Telephone Number: N/A |